UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN ROBERTO RINCON-RINCON, | : |
| | : CIVIL ACTION NO. 4:19-cv-989 |
| Petitioner, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Arbuckle) |
| v. | : |
| | : |
| E. BRADLEY, Warden, | : |
| | : |
| Respondent, | : |

ORDER

AND NOW, THIS <u>10th</u> DAY OF AUGUST 2020, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein;

2. Petitioner Juan Roberto Rincon-Rincon's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction;

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge